

**NUMBER 13-12-00768-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

### IN RE IN THE INTEREST OF J.W.J.W.

### On Petition for Writ of Mandamus.

## MEMORANDUM OPINION

### Before Justices Garza, Benavides, and Perkes
### Memorandum Opinion Per Curiam

Relator, Lisa Ann Weeks, has filed a petition for writ of mandamus alleging that the Honorable Angelica Hernandez, presiding judge of the 105th Judicial District Court of Kleberg County, Texas, abused her discretion by rendering a temporary order in the underlying suit affecting a parent-child relationship, styled *In the Interest of J.W.J.W.*, trial court cause number 07-166-D. On December 20, 2012, we ordered the real party in interest, Jeffrey Weeks, to file a response to relator's petition. A response was filed on January 24, 2013.

This Court, having examined and fully considered the petition for writ of

mandamus, the response, and the record documents provided by the parties, is of the opinion that relator has not established that the trial court committed an abuse of discretion. *See In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135-36 (Tex. 2004) (orig. proceeding) ("Relator must demonstrate (1) that the lower court committed a clear abuse of discretion (2) for which there is no adequate remedy at law, such as a normal appeal."). Accordingly, the petition for writ of mandamus is DENIED.

PER CURIAM

Delivered and filed the
28th day of January, 2013.